IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSE DUPREE, JR.,

    Petitioner,                             No. 2:10-cv-3426 KJN P

    vs.

UNITED STATES POSTAL SERVICE, et al.,

    Respondents.                         ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  In his application, petitioner challenges a conviction issued by the Fresno County Superior Court.  Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the

---

[1] Petitioner has not filed an application to proceed in forma pauperis or paid the required filing fee.

1

1  court.

2        Good cause appearing, IT IS HEREBY ORDERED that:

3        1. This action is transferred to the United States District Court for the Eastern

4  District of California sitting in Fresno; and

5        2. All future filings shall reference the new Fresno case number assigned and

6  shall be filed at:

7        United States District Court
      Eastern District of California
8        2500 Tulare Street
      Fresno, CA 93721
9

10 DATED: December 28, 2010

11

12       _____
      KENDALL J. NEWMAN
13       UNITED STATES MAGISTRATE JUDGE

14 dupr3426.109