1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD JOSE DUPREE, JR.,                    1:10-cv-2409-LJO-DLB  (HC)

12            Petitioner,

13       vs.                                       ORDER DISREGARDING PETITIONER'S
                                                   MOTION FOR APPOINTMENT OF
                                                   COUNSEL
14   UNITED STATES POSTAL SERVICE, et al,

15            Respondent.                          (DOCUMENT #12)

16   _____/

17         Petitioner has requested the appointment of counsel.  On February 2, 2011, Petitioner

18   filed a notice of interlocutory appeal to the Ninth Circuit Court of Appeals.  On March 4, 2011,

19   Petitioner filed a motion for the appointment of counsel.  However, Petitioner's motion is

20   addressed to the United States Court of Appeals for the Ninth Circuit.  Accordingly, IT IS

21   HEREBY ORDERED that Petitioner's request for appointment of counsel shall be disregarded

22   by this Court.  If Petitioner is seeking that counsel be appointed on appeal, he must file his

23   motion in the Ninth Circuit Court of Appeals.

24       IT IS SO ORDERED.

25       Dated:    April 20, 2011                     /s/ Dennis L. Beck
                                                   UNITED STATES MAGISTRATE JUDGE
26

27

28